## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

REGINALD HALL and
TRAVIS OVERSTREET,

       Plaintiff,

    v.

BRANDSAFWAY INDUSTRIES,
LLC and CL COATINGS, LLC,

       Defendant.

Civil Action Nos.
1:20-cv-05202-SDG-RDC
1:20-cv-05209-SDG-RDC

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiffs Reginald Hall and Travis Overstreet and Defendants CL Coatings, LLC and BrandSafway Industries, LLC, have settled all claims between them in this matter.  The parties are in the process of completing the final settlement documents and expect to file a stipulation of dismissal within twenty-one (21) days.  Therefore, the parties respectfully request that the Court stay the remaining deadlines in the matter for an additional twenty-one (21) days pending the finalization of the settlement agreement and filing of the parties' stipulation of dismissal.

## <u>CERTIFICATE OF FONT SIZE</u>

Pursuant to Local Rule 7.1(D), counsel for both Parties certify that this joint motion has been prepared in Times New Roman 14-point, one of the fonts approved in Local Rule 5.1(B).

Jointly and respectfully submitted this 6th day of October, 2021.

| | |
|---|---|
| *Jermaine "Jay" A. Walker* | *Robert C. Stevens* |
| Jermaine "Jay" A. Walker | Robert C. Stevens |
| Georgia Bar No. 142044 | Georgia Bar No. 680142 |
| jwalker@hkm.com | bstevens@seyfarth.com |
| Artur Davis[1] | Rachel Reed |
| adavis@hkm.com | Georgia Bar No. 362813 |
| HKM EMPLOYMENT ATTORNEYS LLP | rareed@seyfarth.com |
| 3355 Lenox Road, Ste. 705 | SEYFARTH SHAW, LLP |
| Atlanta, GA 30326 | 1075 Peachtree Street, N.E. |
| Telephone:  (404) 301-4020 | Atlanta, Georgia  30309 |
| Facsimile:  (404) 301-4020 | Telephone:  404-885-1500 |
| **Counsel for Plaintiffs** | Facsimile:   404-892-7056 |
| | **Counsel for Defendants** |

---

[1] Admitted *pro hac vice.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

REGINALD HALL and
TRAVIS OVERSTREET,

Plaintiff,

v.

BRANDSAFWAY INDUSTRIES,
LLC and CL COATINGS, LLC,

Defendant.

Civil Action Nos.
1:20-cv-05202-SDG-RDC
1:20-cv-05209-SDG-RDC

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on October 6, 2021, I electronically filed the foregoing

NOTICE OF SETTLEMENT with the Clerk of Court by using the Court's

CM/ECF system, which will automatically serve this document to the following

counsel of record:

> Artur Davis
> Jermaine "Jay" Walker
> HKM Employment Attorneys
> 3355 Lenox Road, N.E., Suite 705
> Atlanta, Georgia 30326
> adavis@hkm.com
> jwalker@hkm.com

*/s/  Robert C. Stevens*
Counsel for Defendants